IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.

QIYUN CHEN,
    a.k.a. "Chinaloa,"
    a.k.a. "La China,"
    a.k.a. "Su Chen,"
    a.k.a. "Susy Chen,"
    a.k.a. "Gucci #1,"

        Defendant

**(UNDER SEAL)**

Criminal No. 1:17-CR-147-5

## MOTION TO DISMISS THE INDICTMENT

The United States of America, by and through its attorneys, Dana J. Boente, United States Attorney for the Eastern District of Virginia, and Katherine E. Rumbaugh, Assistant United States Attorney, respectfully moves the Court to dismiss the Indictment as against QIYUN CHEN in the above-captioned case.

WHEREFORE, the undersigned requests that the Indictment as against QIYUN CHEN be dismissed.

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____
Katherine E. Rumbaugh
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Tel: (703) 299-3700
Fax: (703) 299-3981
katherine.rumbaugh@usdoj.gov