# Criminal Case Cover Sheet

**FILED:** REDACTED

# U.S. District Court

**Place of Offense:**

☒ **Under Seal**

**Judge Assigned:** AJT

| | | | | |
|---|---|---|---|---|
| City: | Mexico | Superseding Indictment: | X | **Criminal No.** 1:17-CR-147 |
| County: | Mexico | Same Defendant: | X | New Defendant: |
| | | Magistrate Judge Case No. | | **Arraignment Date:** |
| | | Search Warrant Case No. | | R. 20/R. 40 From: |

**Defendant Information:**

**Defendant Name:** Jose Francisco Mendoza-Gomez   Alias(es): "Braulio-Jelipe"   ☐ Juvenile   FBI No.

**Address:** Mexico

Employment:

**Birth Date:** XX/XX/1969   **SSN:**   **Sex:** Male   Race:   Nationality: Unknown

**Place of Birth:** Unknown   Height:   Weight:   Hair:   Eyes:   Scars/Tattoos:

☒ **Interpreter**   **Language/Dialect:** Spanish   Auto Description:

**Location/Status:**

**Arrest Date:**   ☐ Already in Federal Custody as of:   in:

☐ Already in State Custody   ☐ On Pretrial Release   ☒ Not in Custody

☐ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☒ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

**Defense Counsel Information:**

**Name:**   ☐ Court Appointed   Counsel Conflicts:

Address:   ☐ Retained

Phone:   ☐ Public Defender   ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** Michael P. Ben'Ary   **Phone:** 703-299-3700   Bar No.

**Complainant Agency - Address & Phone No. or Person & Title:**

Special Agent Peter Maher, DEA

| **U.S.C. Citations:** | **Code/Section** | **Offense Charged** | **Count(s)** | **Capital/Felony/Misd./Petty** |
|---|---|---|---|---|
| Set 1: | 21 U.S.C. §§ 959(a) and | Conspiracy to Distribute Five Kilogra | 1 | Felony |
| Set 2: | | | | |
| Date: | 10/17/2019 | AUSA Signature: | | *may be continued on reverse* |

# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ⊠ Under Seal

| | |
|---|---|
| City: | Mexico |
| County: | Mexico |

**Judge Assigned:** AJT

Superseding Indictment: X

**Criminal No.** 1:17-CR-147

Same Defendant: X

New Defendant:

Magistrate Judge Case No.

**Arraignment Date:**

Search Warrant Case No.

R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** Alfonso Padilla-Flores    Alias(es): "Poncho," and "CR7"    ☐ Juvenile   FBI No.

**Address:** Mexico

Employment:

**Birth Date:** XX/XX/1989    **SSN:**    **Sex:** Male    Race:    Nationality: Unknown

**Place of Birth:** Unknown    Height:    Weight:    Hair:    Eyes:    Scars/Tattoos:

⊠ **Interpreter** **Language/Dialect:** Spanish    Auto Description:

## Location/Status:

**Arrest Date:**    ☐ Already in Federal Custody as of:    in:

☐ Already in State Custody    ☐ On Pretrial Release    ⊠ Not in Custody

☐ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested

⊠ Arrest Warrant Pending    ☐ Detention Sought    ☐ Bond

## Defense Counsel Information:

**Name:**    ☐ Court Appointed    Counsel Conflicts:

Address:    ☐ Retained

Phone:    ☐ Public Defender    ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Michael P. Ben'Ary    **Phone:** 703-299-3700    Bar No.

## Complainant Agency - Address & Phone No. or Person & Title:

Special Agent Peter Maher, DEA

| **U.S.C. Citations:** | **Code/Section** | **Offense Charged** | **Count(s)** | **Capital/Felony/Misd./Petty** |
|---|---|---|---|---|
| Set 1: | 21 U.S.C. §§ 959(a) and | Conspiracy to Distribute Five Kilogra | 1 | Felony |
| Set 2: | | | | |
| Date: | 10/17/2019 | **AUSA Signature:** | | *may be continued on reverse* |

# Criminal Case Cover Sheet

**U.S. District Court**

**FILED:** REDACTED

**Place of Offense:**

☒ **Under Seal**

**Judge Assigned:** AJT

| | |
|---|---|
| City: | Mexico |
| County: | Mexico |

Superseding Indictment: X

**Criminal No.** 1:17-CR-147

Same Defendant: X

New Defendant:

Magistrate Judge Case No.

**Arraignment Date:**

Search Warrant Case No.

R. 20/R. 40 From:

**Defendant Information:**

**Defendant Name:** Jose Padilla-Flores   **Alias(es):** "Pepe," and "Goni"   ☐ Juvenile   FBI No.

**Address:** Mexico

Employment:

**Birth Date:** XX/XX/1990   **SSN:**   **Sex:** Male   Race:   Nationality: Unknown

**Place of Birth:** Unknown   Height:   Weight:   Hair:   Eyes:   Scars/Tattoos:

☒ **Interpreter**   **Language/Dialect:** Spanish   Auto Description:

**Location/Status:**

**Arrest Date:**   ☐ Already in Federal Custody as of:   in:

☐ Already in State Custody   ☐ On Pretrial Release   ☒ Not in Custody

☐ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☒ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

**Defense Counsel Information:**

**Name:**   ☐ Court Appointed   Counsel Conflicts:

Address:   ☐ Retained

Phone:   ☐ Public Defender   ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** Michael P. Ben'Ary   **Phone:** 703-299-3700   Bar No.

**Complainant Agency - Address & Phone No. or Person & Title:**

Special Agent Peter Maher, DEA

| **U.S.C. Citations:** | **Code/Section** | **Offense Charged** | **Count(s)** | **Capital/Felony/Misd./Petty** |
|---|---|---|---|---|
| Set 1: | 21 U.S.C. §§ 959(a) and | Conspiracy to Distribute Five Kilogra | 1 | Felony |
| Set 2: | | | | |
| Date: | 10/17/2019 | **AUSA Signature:**  | | *may be continued on reverse* |

# Criminal Case Cover Sheet

**FILED:** REDACTED

# U.S. District Court

**Place of Offense:**

☒ **Under Seal**

**Judge Assigned:** AJT

City: Mexico

Superseding Indictment: X

**Criminal No.** 1:17-CR-147

County: Mexico

Same Defendant:

New Defendant: X

Magistrate Judge Case No.

**Arraignment Date:**

Search Warrant Case No.

R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** Jesus Rauda-Avila   Alias(es): "F," "J," and "Marlboro"   ☐ Juvenile   FBI No.

**Address:** Mexico

Employment:

**Birth Date:** XX/XX/1979   **SSN:**   **Sex:** Male   Race:   Nationality: Unknown

**Place of Birth:** Unknown   Height:   Weight:   Hair:   Eyes:   Scars/Tattoos:

☒ **Interpreter**   **Language/Dialect:** Spanish   Auto Description:

## Location/Status:

**Arrest Date:**   ☐ Already in Federal Custody as of:   in:

☐ Already in State Custody   ☐ On Pretrial Release   ☒ Not in Custody

☒ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

**Name:**   ☐ Court Appointed   Counsel Conflicts:

Address:   ☐ Retained

Phone:   ☐ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Michael P. Ben'Ary   **Phone:** 703-299-3700   Bar No.

## Complaintant Agency – Address & Phone No. or Person & Title:

Special Agent Peter Maher, DEA

| **U.S.C. Citations:** | **Code/Section** | **Offense Charged** | **Count(s)** | **Capital/Felony/Misd./Petty** |
|---|---|---|---|---|
| Set 1: | 21 U.S.C. §§ 959(a) and | Conspiracy to Distribute Five Kilogra | 1 | Felony |
| Set 2: | | | | |
| Date: | 10/17/2019 | AUSA Signature: | | *may be continued on reverse* |