Marisela Flores Torruco
16141-379
SFF Hazelton
PO Box 3000
Bruceton Mills WV 26525

March 18, 2023

Clerk of Courts
Eastern District of Virginia
401 Court House Square
Alexandria, Va 22319

FILED
MAILROOM
MAR 24 2023
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Re: ORDERS from the Court

Dear Clerk of Courts

Marisela Flores Torruco Inmate# 16141-379 Would Like A Copy of her Court ORDERS. After the Sentencing Hearing Inmates Are Not Allowed Any Paperwork to be on there person.

Please Send her Court orders from her Sentencing Hearing So that She may have a Copy in her posession

thank You for Your time And Inconvience in this Matter.

Respectfully Submitted,

Marisela Flores Torruco

Joan Cicchiello writing this Correspondence - She Reads Writes And Speaks only Spanish
thank You.

MFT