IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **UNDER SEAL** |
| v. | ) | |
| | ) | 1:17cr147-1 (LMB) |
| MARISELA FLORES-TORRUCO, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Acting pro se, defendant Marisela Flores-Torruco has filed a Motion to Compel the Surrender of the Defendant's Case File, in which she seeks an order requiring her former lawyer, Heriberto Medrano, to give her "the complete case/work file" regarding her case, including all discovery, court filings, "notes, letters, correspondence, emails and/or any other tangible items associated with her case," and the docket sheet. [Dkt. No. 155]. Defendant states that she needs these materials because she intends to file a petition for writ of habeas corpus.[1] Id. at 2.

A review of the docket sheet shows that Mr. Medrano was replaced by attorneys Jonathan Oates and Charlie Carrillo in December 2021. [Dkt. No. 127]. In January 2022, Mr. Oates requested and was granted access to certain sealed documents from the Court's records. [Dkt. Nos. 135 and 136]. Despite receiving the requested documents, defendant's current counsel have not filed anything on her behalf since they entered their appearances. And, despite being represented by counsel, defendant has filed three pro se documents during that same time frame. [Dkt. Nos. 151, 152, and 155]. Because it is unclear what counsel have done with the under-seal documents they received and whether this case should remain under seal, it is hereby

---

[1] Petitions for writ of habeas corpus under 28 U.S.C. § 2255 are subject to a one-year statute of limitations. 28 U.S.C. § 2255(f).

ORDERED that counsel of record for defendant file a notice advising the Court of when they last communicated with their client and whether they have provided her with any of the documents she now seeks; and it is further

ORDERED that counsel for the government advise the Court of whether there is continued justification for maintaining defendant's case under seal.

The Clerk is directed to forward copies of this Order and Dkt. No. 155 to counsel of record.

Entered this 25th day of April, 2024.

Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge